1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11
12   SHANNON KAY LOPEZ,                    Case No. 5:21-cv-00920-JAK (SHK)
13                          Plaintiff,
14                                         **ORDER ACCEPTING FINDINGS
                                           AND RECOMMENDATION OF
15              v.                         UNITED STATES MAGISTRATE
                                           JUDGE**
16   JOAN FRANCES BURGESS, et al.,
17                          Defendants.
18

19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint; Joan
20   Frances Burgess' ("Defendant Burgess") Motions to Dismiss ("MTD") ("Burgess
21   MTD"); the MTD filed by Deputy District Attorney Michael A. Hestrin ("DA
22   Hestrin"), Deputy District Attorney Sandra J. Kim ("DA Kim"), Deputy District
23   Attorney Carlos Aguilar ("DA Aguilar"), Deputy Sheriff Del Real ("Defendant Del
24   Real"), Deputy Sheriff Beeman ("Defendant Beeman"), Sergeant Grmusha
25   ("Defendant Grmusha") Sergeant De Loss ("Defendant De Loss"), Deputy Sheriff
26   Bechtold ("Defendant Bechtold"), and Deputy Sheriff Ducoeur ("Defendant
27   Ducoeur") (collectively "Non-Commissioner Defendants" or "NC Defendants")
28   ("NC Defendants' MTD"); the relevant records on file; and the Report and

1 Recommendation ("R&R") of the United States Magistrate Judge.  Electronic Case
2 Filing Number ("ECF No.") 1, Compl.; ECF No. 29, Burgess MTD; ECF No. 37,
3 NC Defendants' MTD; ECF No. 40, R&R.  No objections have been filed.  The
4 Court accepts the findings and recommendation of the Magistrate Judge.

5     IT IS THEREFORE ORDERED that: (1) the Burgess MTD [ECF No. 29] is
6 **GRANTED**; (2) the NC Defendants' MTD [ECF No. 37] is **GRANTED**; (3)
7 Plaintiff's claims against Defendant Burgess, DA Hestrin, DA Kim, and DA
8 Aguilar are **DISMISSED** with prejudice; and (4) Plaintiff's claims against all other
9 Defendants are **DISMISSED** without prejudice and with leave to amend.

10     IT IS FURTHER ORDERED that, if Plaintiff would like to continue to
11 prosecute this action, Plaintiff shall file a First Amended Complaint ("FAC")
12 within **21 days** of the issuance of this Order.  On the first page of any FAC,
13 Plaintiff shall clearly designate that the document is the "First Amended
14 Complaint," include the docket number assigned to this case, and write the
15 amended pleading on this Court's **CV-066 form**, which **the Clerk of Court is**
16 **directed to mail to Plaintiff along with this Order**.

17     **In the body of the FAC, Plaintiff shall include all claims that Plaintiff**
18 **would like to pursue, even if Plaintiff previously stated them in the original**
19 **Complaint.**  If Plaintiff does not raise a claim in the FAC, the Court will consider
20 it waived.  Plaintiff cannot refer to the original Complaint or any other pleading,
21 attachment, or document to state a claim in the FAC.  Plaintiff cannot include in
22 the body of the FAC any new defendants or new allegations that are not reasonably
23 related to the claims asserted in the original Complaint, without leave of the Court.

24     For the claims that the Court found deficient in the R&R as accepted in this
25 Order, in the FAC Plaintiff shall fix the deficiencies consistent with the Court's
26 Order if Plaintiff wishes to continue litigating those claims.  If Plaintiff files a FAC
27 restating deficient claims, the Court may not allow Plaintiff another opportunity to
28 file an amended complaint and instead may dismiss the action.  If there are

2

claim(s) that the Court did not find deficient, Plaintiff **must still re-plead them in the FAC in their entirety** if Plaintiff seeks to continue litigating those claim(s).

  **Plaintiff is cautioned that if Plaintiff does not timely file a FAC, this action will be dismissed with or without prejudice for failure to state a claim, failure to prosecute, and/or failure to obey Court orders under Federal Rule of Civil Procedure 41(b).** Dismissal "with prejudice" means that Plaintiff would not be able to bring this action in federal court again, while "without prejudice" means Plaintiff could re-file this action in this Court. If Plaintiff believes more time is necessary to file a FAC, Plaintiff shall request an extension of time from the Court before the 21-day period mentioned above expires. However, an extension will be granted only if Plaintiff demonstrates good cause for needing more time.

  Finally, Plaintiff may voluntarily dismiss the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a). **The Clerk of Court is directed to mail Plaintiff a blank Notice of Dismissal Form.**

Dated:  December 1, 2021

JOHN A. KRONSTADT
United States District Judge

3

_____
FULL NAME

_____
COMMITTED NAME (if different)

_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

_____

_____
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF, | CASE NUMBER<br>_____<br>*To be supplied by the Clerk* |
| v. | |
| DEFENDANT(S). | **CIVIL RIGHTS COMPLAINT**<br>**PURSUANT TO** *(Check one)*<br>☐ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes    ☐ No

2.  If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes    ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed?  ☐ Yes    ☐ No

If your answer is no, explain why not _____

_____

4. Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _____
(print plaintiff's name)

who presently resides at _____ ,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
(institution/city where violation occurred)

on (date or dates) _____, _____, _____.
                                       (Claim I)          (Claim II)          (Claim III)

**NOTE**:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant _____ resides or works at
                   (full name of first defendant)

          _____
          (full address of first defendant)

          _____
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

2.   Defendant _____ resides or works at
                   (full name of first defendant)

          _____
          (full address of first defendant)

          _____
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

3.   Defendant _____ resides or works at
                   (full name of first defendant)

          _____
          (full address of first defendant)

          _____
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

4.  Defendant _____ resides or works at
        (full name of first defendant)

    _____
        (full address of first defendant)

    _____
        (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____


5.  Defendant _____ resides or works at
        (full name of first defendant)

    _____
        (full address of first defendant)

    _____
        (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E.  REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____          _____
        *(Date)*                                           *(Signature of Plaintiff)*

**CIVIL RIGHTS COMPLAINT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Plaintiff(s), | |
| v. | |
| | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


_____          _____
           *Date*                    *Signature of Attorney/Party*


*NOTE:  **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*   **F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*