UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-00920-JAK-SHK | Date: | January 19, 2022 |
| Title: | *Shannon Kay Lopez v. Joan Frances Burgess, et al.,* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On October 25, 2021, the United States Magistrate Judge assigned to this case issued a Report and Recommendation ("R&R"), which the United States District Judge assigned to this case accepted on December 1, 2021 ("Order").  Electronic Case Filing Number ("ECF No.") 40, R&R; ECF No. 42, Order.  In the Order, certain Defendants were dismissed with prejudice, and Plaintiff's claims against other Defendants were dismissed without prejudice and with leave to file a First Amended Complaint ("FAC") by **December 22, 2021**.  Plaintiff was "**cautioned that if Plaintiff does not timely file a FAC, this action will be dismissed with or without prejudice for failure to state a claim, failure to prosecute, and/or failure to obey Court rules under Federal Rule of Civil Procedure 41(b).**"  Id. at 3 (emphasis in original).  To date, Plaintiff has failed to file a FAC or otherwise participated in this litigation.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by **February 4, 2022,** why this case should not be dismissed for failure to prosecute and follow Court orders.  Plaintiff can satisfy this order by either: (a) advising the Court that Plaintiff no longer wishes to pursue this action; (b) showing good cause in writing why Plaintiff has not timely filed a FAC; or (c) filing a FAC.  Plaintiff is warned that failure to **timely** perform one of these options **will** result in the dismissal of this case for failure to prosecute and follow Court orders.

**IT IS SO ORDERED.**