**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON KAY LOPEZ, | Case No. 5:21-cv-00920-JAK-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOAN FRANCS BURGESS, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:  February 15, 2022

JOHN A. KRONSTADT
United States District Judge